In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION in Respect of THOMAS F. TEVLIN, an Attorney and Counselor at Law, Respondent.— Motion for review of record of proceedings and consideration of alleged newly-discovered facts denied. [See 250 App. Div. 685.] Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of MARTIN H. WEISMAN Admitted as an Attorney under the Name of MORRIS WEISMAN, and M. MICHAEL GLASSMAN Admitted as an Attorney under the Name of MAX GLASSMAN.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

GUSTAVE SCHWARTZ, Respondent, v. KENNETH V. HAIGHT, Appellant.— Motion for reargument or, in the alternative, to amend the decision so as to award costs " to abide the event," denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

STERLING & NEW YORK, INC., Respondent, v. JAY GOLDSTEIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ETHEL M. WADDEY, Appellant, v. EVERETT WADDEY, JR., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.